**IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

WILLIAM PRICE
DEBORAH PRICE
FRANK P. CHOVAN

*on their own behalf and on behalf of
all others similarly situated,*

    Plaintiffs,

    v.

RALPH M. MURDY, et al.

    Defendants.

Case No. 17-736-GLR

## STIPULATION CONCERNING BRIEFING SCHEDULE

Plaintiffs William Price, Deborah Price and Frank Chovan and Defendant Ralph M. Murdy ("Murdy"), by and through their respective undersigned counsel, submit the following stipulation to consent to an Order revising the briefing schedule as described below. In support, the parties state as follows:

1.    Plaintiffs filed a Complaint against Murdy, Samuel Spicer ("Spicer") and Auto Smart, LLC ("Auto Smart") (collectively "Defendants") on March 17, 2017.  ECF #1.

2.    Defendant Murdy agreed to a waiver of service and his responsive pleading was due on May 19, 2017.  ECF #3.

3.    Defendant Spicer agreed to a waiver of service and his responsive pleading to the Complaint is due on June 23, 2017.  ECF #4.

4.    Defendant Auto Smart did not agree to a waiver of service.  It is not clear whether Defendant Auto Smart has been served as of the date of this filing.

1

5. Defendant Murdy filed a Motion to Dismiss and/or for Summary Judgment on May 19, 2017. ECF #5.

6. Many of the factual allegations in the Complaint relate to whether Defendant Spicer violated *Maryland's Consumer Loan Law* ("MCLL"), MD. CODE ANN., COMM. LAW §§ 12-301, *et seq.* and whether the three Defendants were involved in a racketeering enterprise or were collecting an unlawful debt under the *Racketeer Influenced and Corrupt Organizations Act* ("RICO"), 18 U.S.C. §§ 1961, *et seq*.

7. Defendant Murdy argued in the Motion to Dismiss that Spicer did not violate the MCLL and that there was no enterprise between the Defendants in violation of RICO.

8. It is Plaintiff's strong belief that Defendant Spicer will make similar arguments related to MCLL and RICO prior to filing an answer to the Complaint.

9. For this reason, Plaintiff requests that the Court extend the deadline to file an Opposition to Defendant Murdy's Motion to Dismiss and/or for Summary Judgment to the date Plaintiff would be required to file an Opposition to any motion Defendant Spicer chooses to file.

10. Plaintiff's Opposition is currently due on June 2, 2017.

11. Defendant Spicer must file a responsive pleading to the Complaint no later than June 23, 2017.

12. Plaintiff and Defendant Murdy respectfully request that the Court postpone the date Plaintiff's Opposition is due until July 7, 2017 (14 days after the Defendant Spicer responsive pleading must be filed) and any Reply by Defendants due under the time prescribed by the Local Rules.

13. This briefing schedule would allow the parties and the Court to efficiently brief and decide the central legal questions in the case and conserve costs between the parties and judicial resources.

Respectfully Submitted,

Dated: May 26, 2017

*/s/ Cory L. Zajdel*
Cory L. Zajdel (Fed. Bar No. 28191)
Z Law, LLC
2345 York Road, Ste. B-13
Timonium, MD 21093
(443) 213-1977
clz@zlawmaryland.com

*Counsel for Plaintiffs*


*/s/ James E. Dickerman*
James E. Dickerman (Fed. Bar No. 10687
ECCLESTON & WOLF, P.C.
7240 Parkway Drive, 4th Floor
Hanover, MD  21076-1378
Tel: (410) 752-7474
Fax: (410) 752-0611
dickerman@ewmd.com

*Counsel for Defendant Ralph M. Murdy*