IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM PRICE, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. GLR-17-736 |
| RALPH M. MURDY, et al., | : |
| Defendants. | : |

## ORDER

On December 15, 2017, the Court ordered Plaintiffs William Price, Deborah Price, and Frank P. Chovan to show good cause within fourteen days regarding why the Complaint should not be dismissed against Defendant Auto Smart, LLC ("Auto Smart"). (ECF No. 29). In its Order, the Court warned Plaintiffs that failure to respond to the Order may result in dismissal of Auto Smart without further notice from the Court. To date, the Court has not received a response from Plaintiffs and has no record that Auto Smart was served. Accordingly, it is this 5th day of January, 2018, hereby:

ORDERED that Defendant Auto Smart is DISMISSED from this case.

/s/
_____
George L. Russell, III
United States District Judge